UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELYSE RELFORD,

Plaintiff,

-against-

LEON BLACK, ET AL.

Defendants.

26-CV-8389 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed application to proceed *in forma pauperis* ("IFP"). *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or an IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. Payment of the fees can be mailed to the following address: United States District Court for the Southern District of New York, Cashiers-Room 260, 500 Pearl Street, New York, NY 10007. Personal checks are not accepted. Payment made by money order or certified check must be made payable to: "Clerk, USDC, SDNY," and should include the docket number listed above. Payment of the fees also can be made in person at the courthouse by credit card, money order, certified check, or cash.

If Plaintiff submits the IFP application, it should be labeled with docket number 26-CV-8389 (LTS).[1] If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

[1] IFP applications are viewable by the public on the internet and thus complete financial

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated: September 28, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

account numbers or other sensitive information should not be included. *See* Fed. R. Civ. P. 5.2.